MARIAN G. CATLIN, RESPONDENT, v. WILLIAM H. CATLIN, APPELLANT.

*Referee's report — exceptions to — Waiver.*

If a party neglect to except to a referee's report, for eight days after notice of its filing, it becomes absolute, under Rule 39, although it be defective on its face.
A party who voluntarily appears at a place different from that at which notice was given that evidence would be taken, and does not object, waives his right to complain of it on appeal.

APPEAL from an order denying a motion to set aside a referee's report.

*M. P. Stafford*, for the appellant.

*Julien T. Davies*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BARRETT, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.